ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 SEP 30 PM 2: 22

CLERK _S. McCarthy_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| WILLIS L. METHENY, | ) |
| Plaintiff, | ) |
| v. | ) CV 104-157 |
| EVONNE SMITH, Counselor; et al., | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Schofield and Donald are **DISMISSED** and Plaintiff's allegations regarding Defendants' assessment of a $4.00 fee against him fail to state a viable claim and is **DISMISSED.**

SO ORDERED this 30th day of September, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

METHENY )

vs ) CASE NUMBER CV 104-157

SMITH ) DIVISION AUGUSTA
)

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 09/30/05, which is part of the official record of this case.

Date of Mailing: 09/30/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: Joe Howell
Joe Howell, Deputy Clerk

Name and Address

WILLIS L. METHENY SERVED @ PRISON ADDRESS
MARLA-DEEN BROOKS
JOHN C. JONES

[ ] Copy placed in Minutes
[X] Copy given to Judge
[X] Copy given to Magistrate