IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 MAR -6 AM 9: 37
CLERK _____
SO. DIST. OF GA.

WILLIS L. METHENY, )
)
    Plaintiff, )
)
v. ) CV 104-157
)
EVONNE SMITH, Counselor, et al., )
)
    Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Defendants' motion to dismiss is **GRANTED**, all pending motions are **DENIED** as **MOOT**, and this case is **DISMISSED**.

SO ORDERED this 6th day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE